IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN WILLIAMS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | C.A. No. 4:21-cv-4094 |
| | § | |
| LIGHTNING LOGISTICS AND | § | |
| TRANSPORT, INC. AND RAYMEL | § | |
| D. POWELL, | § | |
| | § | |
| *Defendants.* | § | |

---

## INDEX

---

1. Plaintiff's Original Petition
2. Citation to Lightning Logistics and Transport
3. Defendant Raymel D. Powell's Original Answer and Special Exceptions to Plaintiff's Original Petition
4. Defendant Lightning Logistics and Transport, Inc's Original Answer and Special Exceptions to Plaintiff's Original Petition
5. DOCKET SHEET
6. LIST OF COUNSEL