IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN WILLIAMS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| V. § | C.A. No. 4:21-cv-4094 |
| § | |
| LIGHTNING LOGISTICS AND § | |
| TRANSPORT, INC. AND RAYMEL § | |
| D. POWELL, § | |
| § | |
| *Defendants.* § | |

_____

**DOCKET SHEET**
_____

Cause No. 2021-54192; *John Williams v. Lightning Logistics Transport, Inc. and Raymel D. Powell;* In the 334th Judicial District Court of Harris County, Texas

HCDistrictclerk.com     WILLIAMS, JOHN vs. POWELL, RAYMEL D     12/14/2021
Cause: 202154192     CDI: 7     Court: 334

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 99370740 | Defendants LLAT Original Answer | | 12/10/2021 | 5 |
| 99370742 | Defendants Powell Original Answer | | 12/10/2021 | 5 |
| 99100698 | Citation(Lightning Logistics and Transport Inc) | | 11/23/2021 | 3 |
| 97588625 | PLAINTIFF'S ORIGINAL PETITION | | 08/27/2021 | 8 |
| ·> 97588626 | CIVIL CASE INFORMATION SHEET | | 08/27/2021 | 1 |
| ·> 97588627 | REQUEST FOR ISSUANCE OF SERVICE | | 08/27/2021 | 1 |
| ·> 97588628 | REQUEST FOR ISSUANCE OF SERVICE | | 08/27/2021 | 1 |