IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN WILLIAMS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| V. § | C.A. No. 4:21-cv-4094 |
| § | |
| LIGHTNING LOGISTICS AND § | |
| TRANSPORT, INC. AND RAYMEL § | |
| D. POWELL, § | |
| § | |
| *Defendants.* § | |

___

## LIST OF COUNSEL
___

Christopher Morrell
State Bar No. 24077383
Boone Moyle
State Bar No. 24121238
The Morrell Law Firm, PLLC
3730 Kirby, Suite 1030
Houston, Texas 77098
T: (833) 667-7355
F: (713) 322-5998
Email:cmorrell@themorrellfirm.com
Email:bmoyle@themorrellfirm.com
Email:team@themorrellfirm.com
**ATTORNEYS FOR PLAINTIFF JOHN WILLIAMS**

Mary Holmesly
State Bar No. 24057907
Jas Jordan
State Bar No. 24110069
RESNICK & LOUIS, P.C.
1512 Center Street, Suite 100
Houston, Texas 77007
Telephone/Facsimile: (281) 606-0637
Email: mholmesly@rlattorneys.com
Email: jjordan@rlattorneys.com
**ATTORNEYS FOR DEFENDANTS LIGHTNING LOGISTICS AND TRANSPORT, INC. AND RAYMEL D. POWELL**